Douglas C. Northup (Admitted *Pro Hac Vice*)
FENNEMORE CRAIG, P.C.
3003 North Central Avenue, Suite 2600
Phoenix, Arizona  85012-2913
Telephone:  (602) 916-5000
Facsimile:  (602) 916-5999
Email:  dnorthup@fclaw.com

Laurel E. Davis (Nevada Bar No. 3005)
Craig S. Dunlap (Nevada Bar No. 4974)
FENNEMORE CRAIG, P.C.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada  89101
Telephone:  (702) 692-8000
Facsimile:  (702) 692-8099
Email:  ldavis@fclaw.com
Email:  cdunlap@fclaw.com

*Attorneys for Defendants*
*Meritage Homes Corporation and*
*Meritage Homes of Nevada, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMorgan Chase Bank, N.A., | Case No.: 2:11-cv-01364-PMP-(CWH) |
| Plaintiff, | |
| v. | **RULE 7.1 CERTIFICATE OF INTERESTED PARTIES** |
| Meritage Homes Corporation; and Meritage Homes of Nevada, Inc., | |
| Defendants. | |

Pursuant to Rule 7.1, Fed. R. Civ. P., Defendant Meritage Homes of Nevada, Inc. discloses that it is a wholly-owned subsidiary of Defendant Meritage Homes Corporation. Meritage Homes Corporation is a publicly held corporation and trades on the New York Stock Exchange.  Meritage Homes Corporation owns 100% of Meritage Homes of Nevada, Inc.'s stock.

Pursuant to Rule 7.1, Fed. R. Civ. P., Defendant Meritage Homes Corporation discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

1   Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Meritage Homes of
2   Nevada, Inc. and Meritage Homes Corporation certifies that there are no known interested parties
3   other than those participating in the case.  These representations are made to enable judges of the
4   Court to evaluate possible disqualification or recusal.
5   DATED this 26th day of September, 2011.
6                                       FENNEMORE CRAIG, P.C.
7
8                                       By */s/ Douglas C. Northup*
                                          Douglas C. Northup
9                                         Laurel E. Davis
                                          Craig S. Dunlap
10                                        *Attorneys for Defendants*
                                          *Meritage Homes Corporation and*
11                                        *Meritage Homes of Nevada, Inc.*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2011, I electronically transmitted the foregoing **Rule 7.1 Certificate of Interested Parties** to the Clerk's Office using the CM/ECF system for filing and service via transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| James E. Hough<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Email:  jhough@mofo.com<br>*Counsel for JPMorgan Chase Bank, N.A.* | Robert M. Charles, Jr.<br>Lewis and Roca LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV  89169-5996<br>Email:  rcharles@LRLaw.com<br>*Counsel for JPMorgan Chase Bank, N.A* |

*/s/ Phyllis Warren*
An employee of Fennemore Craig, P.C.

2495605.1