UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| JPMORGAN CHASE BANK, N.A., | Case No. 11-cv-01364-PMP-CWH |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION OF JPMORGAN AND DEVELOPMENT SPECIALISTS, INC. FOR SUBSTITUTION OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(c)** |
| v. | |
| MERITAGE HOMES CORPORATION AND MERITAGE HOMES OF NEVADA, INC., | |
| Defendants. | |

Plaintiff JPMorgan Chase Bank, N.A. ("JPMorgan" or "Plaintiff"), as Administrative Agent and Development Specialists, Inc. ("DSI") filed their Motion Of JPMorgan And Development Specialists, Inc. For Substitution Of Parties Pursuant To Federal Rule Of Civil Procedure 25(c) [DE 54]. Upon consideration of the motion and response, and good cause appearing,

IT IS ORDERED:

DSI shall be substituted for JPMorgan as Plaintiff in this action to pursue the claims against Meritage, and JPMorgan shall remain in this case as a counterdefendant only.

Dated: December 13, 2011.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

ny-1001380                                       1

**MOTION FOR SUBSTITUTION OF PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(C)**