**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone:  702.949.8320
Facsimile:   702.949.8321
E-mail:      rcharles@LRLaw.com

**MORRISON & FOERSTER LLP**
JAMES E. HOUGH (NY 2109775) (Admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York  10104-0050
Telephone:  212. 468.8000
Facsimile:   212. 468.7900
E-mail:      jhough@mofo.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC,<br><br>Debtor.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Plaintiff,.<br><br>v.<br><br>MERITAGE HOMES OF NEVADA, INC., and MERITAGE HOMES CORPORATION,<br><br>Defendants. | Case No. 11-cv-01364-PMP-CWH<br><br>(Bk. Case No. BK-S-10-32968-BAM)<br><br>**PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for Plaintiff JPMorgan Chase Bank, N.A ("Plaintiff" or "JPMorgan")), as Administrative Agent, certifies that the following have a direct, pecuniary interest in the outcome of this case:

    1.    Plaintiff JPMorgan Chase Bank, N.A., as administrative agent.

    2.    JPMorgan's parent corporation is J.P. Morgan Chase & Co., which is the only publicly held corporation that owns 10% or more of the stock of JPMorgan.

2600181.2

3. JPMorgan as administrative agent under the Amended and Restated Credit Agreement dated as of March 9, 2007 (the "Credit Agreement") represents the interests of the Lenders under the Credit Agreement.  JPMorgan is a Lender.

4. Plaintiff has sought leave to substitute Development Specialists, Inc. ("DSI") as sub-agent and Plaintiff in this action.

5. JPMorgan would remain as defendant in the counterclaims.

6. As disclosed in CIV 2:11-CV-00240, the following were Lenders under the Credit Agreement:

| | |
|---|---|
| ARCHIMEDES FUNDING IV CAYMAN LTD | ARES XVIII CLO LTD |
| AURUM CLO 2002-1 LTD | AVERY POINT CLO LIMITED |
| BANK OF AMERICA N A | BDCM OPPORTUNITY FUND II LP |
| BLACK DIAMOND CLO 2005-1 LTD | BLACK DIAMOND CLO 2005-2 LTD |
| BLACK DIAMOND CLO 2006-1 CAYMAN LTD | CAI DISTRESSED DEBT OPPORTUNITY MASTER FUND LTD |
| CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LTD | CASTLE HILL II - INGOTS LIMITED |
| CASTLE HILL III CLO LTD | CCA EAGLE LOAN MASTER FUND LTD |
| CELERITY CLO LIMITED | CENTURION CDO 8 LTD |
| CENTURION CDO VI LTD | CENTURION CDO VII LIMITED |
| CLYDESDALE CLO 2005 LTD | CLYDESDALE CLO 2006 LTD |
| CLYDESDALE STRATEGIC CLO I LTD | CREDIT AGRICOLE CORPORATE AND INVESTMENTBANK - NEW YORK |
| CRESCENT-TCW SENIOR SECURED LOAN FUND LP | D STAR LTD |
| EATON VANCE CDO IX LTD | EATON VANCE CDO VIII  LTD |
| EATON VANCE FLOATING RATE INCOME TRUST | EATON VANCE GRAYSON & CO |

2600181.2

| | | |
|---|---|---|
| 1 | EATON VANCE INSTITUTIONAL SENIOR LOAN FUND | EATON VANCE LIMITED DURATION INCOME FUND |
| 2 | | |
| 3 | EATON VANCE SENIOR DEBT PORTFOLIO | EATON VANCE SENIOR FLOATING RATE TRUST |
| 4 | EATON VANCE SENIOR INCOME TRUST | EATON VANCE VARIABLE TRUST FLOATING RATEINCOME FUND |
| 5 | | |
| 6 | FIRST 2004 I CLO LTD | FIRST 2004 II CLO LTD |
| 7 | FLAGSHIP CLO III | FLAGSHIP CLO IV |
| 8 | FLAGSHIP CLO V | FLAGSHIP CLO VI |
| 9 | GALAXY III CLO LTD | GALAXY V CLO LTD |
| 10 | GREENBRIAR CLO LTD | HIGHLAND PARK CDO I LTD |
| 11 | INVESCO PRIME INCOME TRUST | INVESCO VAN KAMPEN SENIOR INCOME TRUST |
| 12 | | |
| 13 | INVESCO VAN KAMPEN SENIOR LOAN FUND | INVESCO ZODIAC FUNDS - INVESCO US SENIORLOAN FUND |
| 14 | | |
| 15 | JPMORGAN CHASE BANK NA | KATONAH III LIMITED |
| 16 | KATONAH IV LIMITED | LANDMARK IV CDO LIMITED |
| 17 | LANDMARK V CDO LIMITED | LMP CORPORATE LOAN FUND INC |
| 18 | LOAN FUNDING XI LLC | MIDTOWN ACQUISITIONS L P |
| 19 | MOUNTAIN CAPITAL CLO V LTD | OCEAN TRAILS CLO I |
| 20 | OCP INVESTMENT TRUST | OCTAGON INVESTMENT PARTNERS VII LTD |
| 21 | | |
| 22 | OCTAGON INVESTMENT PARTNERS X LTD | ONEX DEBT OPPORTUNITY FUND LTD |
| 23 | PNC BANK NATIONAL ASSOCIATION | PROSPECT HARBOR CREDIT PARTNERS LP |
| 24 | | |
| 25 | RACE POINT II CLO | RACE POINT III CLO |
| 26 | RACE POINT IV CLO LTD | REGATTA FUNDING LTD |
| 27 | | |
| 28 | | |

2600181.2

| | |
|---|---|
| SANKATY CREDIT OPPORTUNITIES II LP | SANKATY CREDIT OPPORTUNITIES III LP |
| SANKATY CREDIT OPPORTUNITIES IV LP | SANKATY CREDIT OPPORTUNITIES OFFSHORE MASTER IV LP |
| SECURITY BENEFIT LIFE INSURANCE CO | SEQUILS-CENTURION V LTD |
| SOUTH FORK CLO LTD | THE ROYAL BANK OF SCOTLAND PLC NEW YORKBRANCH |
| VERITAS CLO I LTD | WELLS FARGO BANK, NATIONAL ASSOCIATION. |
| WHITEHORSE I LTD | |

Numerous other financial institutions are or were Lenders under the Credit Agreement, and those interests change from time to time as debt is bought and sold.  This disclosure can be supplemented upon request of the Court as to all of the individual Lenders (as that list may change from time to time).

Numerous other financial institutions are or were Lenders under the Credit Agreement, and those interests change from time to time as debt is bought and sold.  This disclosure can be supplemented upon request of the Court as to all of the individual Lenders (as that list may change from time to time).

7.     KB Home Nevada Inc. and its parent KB Home; Coleman-Toll Limited Partnership, and its parent Toll Brothers, Inc.; Pardee Homes of Nevada, and its parent Weyerhaeuser Real Estate Company; and Beazer Homes Holding Corp., and its parent Beazer Homes USA, Inc., as Settling Builders have an interest in this action.

8.     Defendants are Meritage Homes Of Nevada, Inc., and Meritage Homes Corporation.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

2600181.2

Dated: January 4, 2012.  Respectfully submitted,

    /s/ Robert M. Charles, Jr.
LEWIS AND ROCA LLP
Robert M. Charles, Jr.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone: 702.949.8320
Facsimile: 702.949.8321
E-mail: rcharles@LRLaw.com

James E. Hough (Admitted *pro hac vice*)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Tel.: 212.468.8000
Fax: 212.468.7900
E-Mail: jhough@mofo.com

*Attorneys for Plaintiff JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of January, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Craig S Dunlap cdunlap@fclaw.com, mhurtado@fclaw.com

Laurel E. Davis ldavis@fclaw.com, mhurtado@fclaw.com

Douglas C Northup dnorthup@fclaw.com, kpaiva@fclaw.com, pwarren@fclaw.com


*s/ Renee L. Creswell*