UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. and DEVELOPMENT SPECIALISTS, Inc.,<br><br>  Plaintiffs,<br><br>v.<br><br>MERITAGE HOMES CORPORATION and MERITAGE HOMES OF NEVADA, INC.,<br><br>  Defendants.<br><br>AND ALL RELATED CLAIMS | 2:11-CV-1364-PMP-CWH<br><br>ORDER |

   IT IS ORDERED that Defendants Meritage Homes of Nevada, Inc. and Meritage Homes Corporation's Motion for Leave to File Supplemental Briefing (Doc. #75) is hereby GRANTED.

   IT IS FURTHER ORDERED that Defendants Meritage Homes of Nevada, Inc. and Meritage Homes Corporation shall file a supplemental brief on or before April 4, 2012. Plaintiff JPMorgan Chase Bank, N.A. shall file a response on or before April 18, 2012. No reply briefs shall be filed.

DATED: March 28, 2012

_____
PHILIP M. PRO
United States District Judge