UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | 2:11-CV-01364-PMP-RJJ |
| Plaintiff/Counterdefendant, | |
| v. | |
| MERITAGE HOMES CORPORATION and MERITAGE HOMES OF NEVADA, INC., | ORDER |
| Defendants/Counterclaimants. | |

Having read and considered Defendants' Motion for Reconsideration (Doc. #89), Plaintiff's Opposition (Doc. #95), and Defendants' Reply (Doc. #96),

IT IS ORDERED that Defendants' Motion for Reconsideration (Doc. #89) is hereby DENIED.

DATED: November 5, 2012

_____
PHILIP M. PRO
United States District Judge