1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| INSOLVENCY SERVICES GROUP, INC., | CASE NO. 2:11–CV–01364–PMP–CWH |
| Plaintiff, | |
| vs. | **JUDGMENT IN A CIVIL CASE** |
| MERITAGE HOMES CORPORATION AND MERITAGE HOMES OF NEVADA, INC. | |
| Defendants. | |

JUDGMENT

1  This action came on for hearing before the Court, Hon. Philip M. Pro, District Judge
2  Presiding, on the motion for summary judgment of Plaintiff Insolvency Services Group, Inc.  The
3  evidence presented having been fully considered, the issues having been duly heard, a decision
4  having been duly rendered, and there being no just reason for delay in the entry of judgment,
5  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff
6  Insolvency Services Group, Inc. and against Defendants Meritage Homes Corporation and
7  Meritage Homes of Nevada, Inc., jointly and severally, in the sum of $15,753,343.99, and that
8  Plaintiff Insolvency Services Group, Inc. shall recover its costs.

DATED this 8th day of July, 2013

*[signature]*
Hon. Philip M. Pro
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 28th day of June, 2013.

      QUINN EMANUEL URQUHART
      & SULLIVAN, LLP
      Bruce E. Van Dalsem
      (brucevandalsem@quinnemanuel.com)
      Michael Lifrak
      (michaellifrak@quinnemanuel.com)
       865 S. Figueroa Street, 10th Floor
       Los Angeles, CA  90017
       (213) 443–3000
       (213) 443–3100 – fax

By: *[signature]*
Bruce E. Van Dalsem
Attorneys for Plaintiff Insolvency Services Group, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McDONALD CARANO WILSON, LLP
Pat Lundvall
(plundvall@mcdonaldcarano.com)
 2300 W. Sahara Avenue, Suite 1000
 Las Vegas, NV  89102
 (702) 873–4100
 (702) 873–9966) – fax