|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| INSOLVENCY SERVICES GROUP, INC., | CASE NO. 2:11–CV–01364–PMP–CWH |
|---|---|
| Plaintiff, |  |
| vs. | **ORDER AWARDING ATTORNEYS' FEES TO PLAINTIFF INSOLVENCY SERVICES GROUP, INC.** |
| MERITAGE HOMES CORPORATION AND MERITAGE HOMES OF NEVADA, INC. |  |
| Defendants. |  |

04684.23666/5763853.1

ORDER AWARDING ATTORNEYS' FEES

1  On July 22, 2013, Plaintiff Insolvency Services Group, Inc. ("ISG") filed a Motion for
2 Attorneys' Fees. (Doc. #123). On August 8, 2013, Defendants Meritage Homes Corporation and
3 Meritage Homes of Nevada, Inc. (together, "Meritage") filed an Opposition. (Doc. #124). On
4 August 19, 2013, ISG filed a Reply. (Doc. #125).

5  On January 28, 2014, the Court issued an Order (the "Order") granting ISG's Motion for
6 Attorneys' Fees in part and denying it in part, as set forth in the Order, which is incorporated by
7 reference herein. (Doc. #127). The Court further ordered that ISG submit a proposed form of
8 order consistent with the Court's ruling.

9  Attached as Exhibits A through D hereto are spreadsheets showing the fees initially
10 requested by ISG by attorney and hourly rate, along with adjustments to the requested hourly rates
11 based on the Order. Exhibits A through D demonstrate that ISG is entitled to recovery of
12 $877,241.21 in attorneys' fees.

13  IT IS ORDERED AND ADJUDGED that ISG is hereby awarded attorneys' fees in the
14 amount of $877,241.21, plus interest for the period between the entry of the Order, January 28,
15 2014, and payment. 28 U.S.C. § 1961; Corder v. Brown, 25 F.3d 833, 838-39 (9th Cir. 1994)
16 (interest awarded on attorneys' fee award pursuant to Section 1961); Friend v. Kolodzieczak, 72
17 F.3d 1386, 1391-92 (9th Cir. 1995) ("Interest runs from the date that entitlement to fees is secured,
18 rather than from the date that the exact quantity of fees is set."); Finkelstein v. Bergna, 804 F.
19 Supp. 1235, 1239-40 (N.D. Cal. 1992) (same).

20  By approving this Order as to form, Meritage does not intend to waive or diminish in any
21 way its rights to challenge the award of fees and/or the amount of the award by appeal or
22 otherwise.

23
24 DATED this __14th__ day of February, 2014

25
26                                                          _____
27                                                          Hon. Philip M. Pro
                                                            UNITED STATES DISTRICT JUDGE
28

-1-
ORDER AWARDING ATTORNEYS' FEES