# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

ISG Insolvency Group, Inc.,

           Plaintiff,

V.

Meritage Homes Corporation, et al.,

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-01364-PMP-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment for Attorneys' Fees and Costs is awarded in favor of Plaintiff Insolvency Services Group, Inc. and against Defendants Meritage Homes Corporation and Meritage Homes of Nevada, Inc. in the amount of $877,241.21, plus interest for the period between the entry of the Order, January 28, 2014, and payment.

February 14, 2014             /s/ Lance S. Wilson

Date             Clerk

            /s/ Ari Caytuero

            (By) Deputy Clerk