Douglas C. Northup (Admitted *Pro Hac Vice*)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
Telephone: (602) 916-5000
Facsimile: (602) 916-5999
Email: dnorthup@fclaw.com

*Attorney for Defendants*
*Meritage Homes Corporation and*
*Meritage Homes of Nevada, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INSOLVENCY SERVICES GROUP, INC., | Case No.: 2:11-cv-01364-JAD-(CWH) |
| Plaintiff, | (Rule 62(d), F.R.Civ.P.; Local Rule 65.1) |
| v. | Bond No. SU 1120744 |
| MERITAGE HOMES CORPORATION; and MERITAGE HOMES OF NEVADA, INC., | **STIPULATION AND ORDER TO EXONERATE ARCH INSURANCE COMPANY AS SURETY AND DISCHARGE BOND** |
| Defendants. | ECF No. 150 |

This stipulation is entered into by and between Meritage Homes Corporation and Meritage Homes of Nevada, Inc. ("Meritage") and Insolvency Services Group, Inc. ("Insolvency"), by and through their undersigned counsel, with reference to the following facts:

1. Pursuant to the Court's July 17, 2013 Order on Supersedeas Bond (Doc. 119), Meritage posted a supersedeas bond in the amount of $16,050,604.03 (the "Meritage Bond").

2. The parties subsequently stipulated to an amended supersedeas bond in the amount of $16,930,476.96 (the "Amended Meritage Bond") (Doc. 135), which replaced the Meritage Bond. The Court approved the Amended Meritage Bond (Doc. 136), which was posted (Doc. 137).

3. Pursuant to the parties' Stipulation and Order Partially Exonerating Surety and Discharging Bond Obligation (Doc. 148), the Court discharged $16,445,278.69 of

13131689.1

the Amended Meritage Bond, leaving $485,198.27 as the remaining bonded amount.

4. The parties now stipulate that the remaining bonded amount, $485,198.27, of the Amended Meritage Bond may be discharged and that Arch Insurance Company shall be exonerated from any and all liability thereunder.

5. Accordingly, the parties stipulate that the Court issue the order that follows the signatures of counsel below.

DATED this 15th day of August, 2017.

FENNEMORE CRAIG, P.C.

By: /s/ *Douglas C. Northup*
Douglas C. Northup

*Attorney for Defendants Meritage Homes Corporation and Meritage Homes of Nevada, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Bruce E. Van Dalsem* (w/permission)
Bruce E. Van Dalsem
Michael T. Lifrak

*Attorneys for Plaintiff Insolvency Services Group, Inc.*

**ORDER**

Based on the parties' stipulation [# 150] and good cause appearing, IT IS HEREBY ORDERED that the remaining $485,198.27 of the supersedeas bond filed on April 22, 2014, and issued by Arch Insurance Company [# 137] (the "Amended Meritage Bond") is hereby DISCHARGED. Arch Insurance Company is exonerated from liability on the Amended Meritage Bond.

_____
U.S. District Judge Jennifer Dorsey
August 16, 2017

13131689.1